# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                                           Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                       Web: www.abdulhassan.com

**November 18, 2014**

**Via ECF**

Hon. Cheryl L. Pollak
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY  11201
Tel: 718- 613-2360
Fax: 718- 613-2365

                 <u>**Re: Kenneth Brown v. TDN Money Systems, Inc.**</u>
                    **Case #: 14-CV-03594 (WFK)(CLP)**
                    **Request for Adjournment**

Dear Magistrate-Judge Pollak:

       My firm represents plaintiff in the above-referenced action and I respectfully write to request a brief 2-3 week adjournment of the November 19, 2014 settlement conference, due to a conflict with obligations in another case involving thirteen plaintiffs. Defendant consents in this request.

       We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq., (AH6510)
*Counsel for Plaintiff*

**cc:**      Defense Counsel via ECF

1