# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

| | |
|---|---|
| **Abdul K. Hassan, Esq.** | Tel: 718-740-1000 |
| Email: abdul@abdulhassan.com | Fax: 718-740-2000 |
| *Employment and Labor Lawyer* | Web: www.abdulhassan.com |

**December 9, 2014**

**Via ECF**

Hon. Cheryl L. Pollak
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY  11201
Tel: 718- 613-2360
Fax: 718- 613-2365

<u>**Re: Kenneth Brown v. TDN Money System, Inc.**</u>
          **Case #:  14-CV-3594(WFK)(CLP)**
          **Notice of Settlement and Request for Adjournment**

Dear Magistrate-Judge Pollak:

     My firm represents plaintiff in the above-referenced action and I respectfully write to notify the Court that the parties have reached a settlement of this action. The parties are in the process of exchanging settlement papers and intend to file a stipulation of dismissal shortly. As such, we kindly request an adjournment sine die of all upcoming appearances and deadlines.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq., (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

1